# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

|  |  |
|---|---|
| **YENY CAROLINA IRAHETA LOPEZ,** ) <br> ) <br> Petitioner, ) <br> v. ) <br> SECRETARY OF U.S. DEPARTMENT ) <br> OF HOMELAND SECURITY *et al.*, ) <br> Respondents. ) | Case No. ED CV 26-01261-VBF-E <br><br> **TEMP. RESTRAINING ORDER** <br> and <br> ORDER TO SHOW CAUSE RE: <br> PRELIMINARY INJUNCTION |

**Petitioner's application for temporary restraining order ("TRO") is GRANTED.**

Pending further order of this Court, the respondents are temporarily restrained from removing petitioner from the United States of America or otherwise moving petitioner outside this federal judicial district, the Central District of California.

**No later than 11:59 p.m. on Wednesday, March 25, 2026, the respondents MAY SHOW CAUSE, in writing, why a preliminary injunction should not issue** that (1) extends the terms of this TRO and (2) requires Petitioner's release from detention or, in the alternative, requires a prompt individualized bond hearing before a neutral decisionmaker at which the government shall bear the burden of establishing a lawful basis for detention.

**No later than 12:00 noon on Friday, March 27, 2026, petitioner MAY FILE a reply** in further support of a preliminary injunction.

The Court finds this matter suitable for resolution without oral argument.

IT IS SO ORDERED.

Dated:  March 20, 2026

_____

Honorable Valerie Baker Fairbank
Senior United States District Judge