A # 206-251-593

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

YENY CAROLINA IRAHETA-LOPEZ,

      Petitioner,

      v.

SECRETARY OF U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL.,

      Respondents.

No. ED CV 26-1261-VBF(E)

ORDER ACCEPTING FINDINGS,

CONCLUSIONS AND RECOMMENDATIONS

OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. section 636, the Court has reviewed the First Amended Petition, all of the records herein and the Report and Recommendation of United States Magistrate Judge.  Further, the Court has engaged in a _de novo_ review of those portions of the Report and Recommendation to which any objections have been made.  The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that:  (1) the Report and Recommendation is adopted;  and (2) Judgment shall be entered granting the Petition in part, and:  (a) ordering Respondents to release Petitioner from detention immediately, subject to the conditions of her previous supervision; and (b) enjoining Respondents from removing Petitioner to a third country without reasonable notice and an opportunity to be heard before an immigration judge.

IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner, counsel for Petitioner and counsel for Respondents.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date:  June 9, 2026

_____

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE