# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YENY CAROLINE IRAHETA-LOPEZ,<br><br>    Petitioner,<br><br>    v.<br><br>SECRETARY OF U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL.,<br><br>    Respondents. | No. ED CV 26-1261-VBF(E)<br><br>JUDGMENT |

IT IS ADJUDGED that the Petition is granted in part and:  (a) Respondents are ordered to release Petitioner from detention immediately, subject to the conditions of her previous supervision; and (b) Respondents are enjoined from removing Petitioner to a third country without reasonable notice and an opportunity to be heard before an immigration judge.

Date:  June 10, 2026

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE